# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4582
_____

MICHAEL BARFIELD,

    Petitioner,

    v.

FLORIDA DEPARTMENT OF
HEALTH, and SURTERRA
FLORIDA, LLC,

    Respondents.

_____

Petition for Writ of Prohibition – Original Jurisdiction.

March 27, 2018

PER CURIAM.

    DENIED.

JAY, WINSOR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andrea Flynn Mogensen, Sarasota, for Petitioner.

Michael J. Williams of the Florida Department of Health, Tallahassee, for Respondent.

John L. Wharton, Brittany O. Finkbeiner, and Michael B. Dobson of Dean, Mead & Dunbar, Tallahassee, for Respondent.